# Attorney Kathleen M. Quinn, LLC

324 E. Wisconsin Avenue, Suite 1410, Milwaukee, WI 53202
414.765.2373 Fax: 414.272.1435
E-mail: quinnkathleen@4law.com

January 11, 2023

The Honorable J.P. Stadtmueller
United States District Court for the
Eastern District of Wisconsin
517 E. Wisconsin Avenue
Milwaukee, WI 53202

Re: *United States v. David Kadlec*, Case Number 97-cr-98

Dear Judge Stadtmueller,

I write to request an update on the above-referenced matter.

At Mr. Kadlec's direction, I filed a motion to withdraw as his attorney. (Doc. 2312). Andrew Geltzer, on behalf of Mr. Kadlec, filed a pleading, "David Kadlec's Pro Se Response to Government's Reply to Kadlec's Motion for Compassionate Release Based on 18 U.S.C § 3582(C)(1)(A) (Doc. 2313). In that filing, at paragraph 7, Mr. Geltzer asserts, "Attorney Kathleen Quinn has offered to assist with any supplemental filings, should they be needed." After Mr. Geltzer filed this document, your staff called me, brought that assertion to my attention, and asked me for my position or update (or a similar word) regarding the assertion that I offered to assist with supplemental filings.

On October 4, 2022, I filed a letter explaining that I believe there is a misunderstanding on the part of Mr. Kadlec, Mr. Geltzer, or both men regarding what it means to have an attorney withdraw from representation. I wrote that I had a phone conversation with Mr. Kadlec on the morning of October 4, 2022 to explain to him his options and to provide information I believed to be helpful to his decision regarding how he would like me to proceed (and how he would like Your Honor to proceed) pertaining to my representation of him. As I indicated in that letter, I sent those explanations to Mr. Kadlec in writing, as well, and asked him to sign off on one of what I see as his three options in this regard.

I received Mr. Kadlec's written statement of his choice. Mr. Kadlec signed off on the statement/option: "I, David Kadlec, would like the Court to grant Attorney Quinn's motion to withdraw as my attorney which was filed at my request. I do not request the appointment

of another attorney to represent me. Instead, I ask the Court to accept pro se filings, prepared for me by Andrew Geltzer, a non-attorney friend. I understand that Attorney Quinn will not review, approve, or supplement Mr. Geltzer's filings. I understand Mr. Geltzer or I may try to locate another attorney who is willing to review or supplement Mr. Geltzer's filings but Attorney Quinn will not do so." It is dated October 12, 2022.

I filed a copy of Mr. Kadlec's signed statement with the Court on October 28, 2022.

I write to request an update or action on my motion to withdraw as Mr. Kadlec's attorney.

Thank you.

Sincerely,

*/s/ Kathleen M. Quinn*
Kathleen M. Quinn

2

Case 2:97-cr-00098-JPS   Filed 01/11/23   Page 2 of 2   Document 2328