JPS

Dear Clerk,                                                    5-1-23

I am writing to ask for an extension of time to file an appeal for case number 97-CR-98-10-JPS. The prison is locked down at the moment. I don't know how long it will be locked down. I can't do this myself so I do need help as I've had through this whole process. I didn't receive the order until April 20TH 2023. I talked to one of the clerks and she told me to write and ask for an extension, so I hope I am doing this the right way. I will do this as fast as I possibly can. Thank you for your assistance previously and now.

Sincerely,

David Kadlec

2023 MAY -8 P 3:28
CLERK OF COURT
U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

United States Penitentiary Canaan
David Kapeller 05035-089
P.O. Box 300
Waymart, WI 18472

Clerk of Court
US District Court EDWI
Federal Court House Room 362
517 E. Wisconsin Ave.
Milwaukee, WI 53202

THIS CORRESPONDENCE IS FROM AN INMATE CURRENTLY IN THE CUSTODY OF THE FEDERAL BUREAU OF PRISONS

SCREENED
MAY 08 2023
U.S. Marshals Service
Eastern District of Wisconsin