# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br>v.<br><br>KEVIN P. O'NEILL,<br><br>                            Defendant. | Case No. 97-CR-98-1-JPS<br><br>**ORDER** |

      On August 30, 2022, the Court stayed the briefing schedule on Defendant's motion for compassionate release, ECF No. 2285, pending the Seventh Circuit's decision in *United States v. Williams*, No. 22-1212 (7th Cir.). ECF No. 2304. That case was decided on April 13, 2023; accordingly, the stay was lifted, and the Government's response to the motion became due by May 15, 2023. *Id.*

      Now before the Court is the Government's motion for a 30-day extension of that deadline. ECF No. 2333. In pertinent part, the Government represents that it has received additional materials directly from Defendant. *Id.* In the interim, Defendant has also filed two supplemental motions with the Court, ECF Nos. 2316, 2323, and a declaration, ECF No. 2332. The Court understands and trusts that the Government's response will address all of these motions and filings. Therefore, the motion for an extension of time, ECF No. 2333, will be granted.

      Accordingly,

      **IT IS ORDERED** that the Government's motion for an extension of time, ECF No. 2333, be and the same is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that the Government shall file its response to Defendant's motion for compassionate release, ECF No. 2285, on or before **June 14, 2023**; and

**IT IS FURTHER ORDERED** that Defendant shall file a reply brief, if any, within **twenty-one (21) days** of the Government's response.

Dated at Milwaukee, Wisconsin, this 9th day of May, 2023.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge