# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                Plaintiff,

v.

KEVIN P. O'NEILL,

                Defendant.

Case No. 97-CR-98-1-JPS

**ORDER**

On August 30, 2022, the Court stayed the briefing schedule on Defendant's motion for compassionate release, ECF No. 2285, pending the Seventh Circuit's decision in *United States v. Williams*, No. 22-1212 (7th Cir.). ECF No. 2304. That case was decided on April 13, 2023; accordingly, the stay was lifted, and the Government's response to the motion became due by May 15, 2023. *Id.* On May 9, 2023, the Court granted the Government's motion for a 30-day extension of that deadline in part because Defendant had filed several supplemental motions and declarations in the interim, to which the Government would file an omnibus response. ECF No. 2336.

Now before the Court is Defendant's motion to file supplemental briefing in support of his motion for compassionate release 45 days after the presumptive effective date for recently promulgated guideline amendments pertaining to compassionate release motions. ECF No. 2338. The Government concurs in the request, and further requests that its deadline to respond to the motion be stayed until after Defendant files his supplemental briefing. ECF No. 2340. Upon consideration of the motion, the Court will grant it. Briefing on Defendant's motion for compassionate release will be stayed until **December 18, 2023**; Defendant shall file his

supplemental brief on or before that date. The Government shall file an omnibus response to all of Defendant's filings within **thirty (30) days** after Defendant files his supplemental brief,[1] and Defendant shall file a reply brief, if any, within **twenty-one (21) days** of the Government's omnibus response.

Accordingly,

**IT IS ORDERED** that Defendant's motion to submit supplemental briefing, ECF No. 2338, be and the same is hereby **GRANTED**;

**IT IS ORDERED** that briefing is **STAYED** until **December 18, 2023**, which is the deadline for Defendant to submit a supplemental brief;

**IT IS FURTHER ORDERED** that the Government shall file an omnibus response to Defendant's motion for compassionate release and all of its associated filings within **thirty (30) days** after Defendant files his supplemental brief, or otherwise within **thirty (30) days** of December 18, 2023; and

**IT IS FURTHER ORDERED** that Defendant shall file a reply brief, if any, within **twenty-one (21) days** of the Government's response.

Dated at Milwaukee, Wisconsin, this 30th day of May, 2023.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge

---

[1] The Government shall file an omnibus response within thirty (30) days of December 18, 2023 even if Defendant does not file a supplemental brief.