UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    *Plaintiff*,

  *v.*                              Case No. 97 CR 98

RANDY YAGER,

    *Defendant*.

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that Stephen P. Hurley and Hurley Burish, S.C., hereby withdraw their appearance as counsel of record for the defendant, Randy Yager, in the above-entitled matter. The representation is complete and Randy Yager has completed serving the term of incarceration that was ordered by the Court. Counsel's continued involvement is neither necessary nor warranted; and permitting counsel to withdraw at this juncture is permitted by Wis. SCR 20:1.16(d).

**WHEREFORE**, counsel for Randy Yager respectfully requests that the Court permit his and the law firm's withdrawal and remove them from receiving further notifications filed by ECF in this matter.

1

Case 2:97-cr-00098-JPS   Filed 04/26/24   Page 1 of 2   Document 2375

Dated at Madison, Wisconsin this 26th day of April, 2024.

> Respectfully submitted,
>
> RANDY YAGER, *Defendant*.
>
> *Electronically signed by Stephen P. Hurley*
> Stephen P. Hurley
> *Wisconsin Bar No.* 1015654
> HURLEY BURISH, S.C.
> P.O. Box 1528
> Madison Wisconsin 53701-1528
> shurley@hurleyburish.com
> (608) 257-0945