TRULINCS 00322748 - O'NEILL, KEVIN P - Unit: PEK-A-B

----------------------------------------------------------------------

FROM: 00322748
TO:
SUBJECT: DOCKETING STATEMENT
DATE: 05/25/2024 06:47:56 AM

{file}

CLERK USDC EDWI
FILED

2024 MAY 30 P 12: 19

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

V.                                                  Case No. 97-CR-98-JPS

KEVIN P. O'NEILL,

    Defendant.

## DOCKETING STATEMENT

This is an appeal from denial of a reduction of sentence in a criminal case. Mr. O'Neill sought relief under 18 U.S.C. Section 3582(c)(1)(A); U.S.S.G. Sections 1B1.13(b)(2)(Nov. 1, 2023); 1B1.13(b)(5)(Nov. 1, 2023); 1B1.13(b)(6)(Nov. 1, 2023); 1B1.13(c)(Nov. 1, 2023); and 1B1.13(d)(Nov. 1, 2023). The district court had jurisdiction over the case under 18 U.S.C. Sections 3231 and 3582(c)1)(A). This Court has jurisdiction over this appeal under 28 U.S.C. Sections 1291 and 3742.

The final decision denying relief on this motion in this case was docketed on May 23, 2024. (ECF No. 2376). Notice of Appeal was timely filed by Mr. O'Neill on May 28, 2024. This appeal is from a final order or judgment that disposes of all parties' claims.

Dated: May 28, 2024, at Pekin, Illinois.

Respectfully submitted,

Kevin O'Neill, Pro se
Federal Register No. 00322-748
FCI - Pekin
Post Office Box 5000
Pekin, Illinois 61555-5000