# SEVENTH CIRCUIT TRANSCRIPT INFORMATION SHEET

**PART I** – Must be completed by party or party's attorney pursuant to Rule 10(b) of the Federal Rules of Appellate Procedure and Rule 11(a) of the Circuit Rules. The appellant must file this form with the court reporter within 14 days of filing the notice of appeal, whether transcript is being ordered or not. (FRAP 10(b)(1)) Satisfactory arrangements with the court reporter for payment of the costs of the transcripts must also be made at that time. (FRAP 10(b)(4)) (Note: Appellees as well as appellants are expected to use this form when ordering transcripts.)

| | |
|---|---|
| Short Title: USA v. Kevin P. O'Neill<br>Plaintiff-Appellee / Defendant-Appellant | District: E.D. Wisconsin<br>District Judge: J.P. Stadtmueller |
| D.C. Docket No.: 2:97-CR-98-JPS-1<br>Court Reporter: | |

[ ] I am ordering transcript.
[X] I am not ordering transcript because: N/A
[ ] The transcript has been prepared.

Sign below and return original and one copy to court reporter. Distribute remaining copies to the Clerk of the District Court and opposing party, retaining one copy for yourself.

Indicate proceedings for which transcript is required. Dates must be provided:

- [ ] Pretrial proceedings. Specify: N/A
- [ ] Voir Dire
- Trial or Hearing. Specify: N/A
  - [ ] Opening statement
  - [ ] Instruction conference
  - [ ] Closing statements
  - [ ] Court instructions
- [ ] Post-trial proceedings. Specify: N/A
- [ ] Sentencing
- [ ] Other proceedings. Specify: N/A

Date(s): _____

U.S. District Court
Wisconsin Eastern
JUN 2 4 2024
RECEIVED
Clerk of Court

Method of Payment: [ ] Cash  [ ] Check or Money Order  [ ] C.J.A. Voucher
Status of Payment: [ ] Full Payment  [ ] Partial Payment  [ ] No Payment Yet

Signature: s/ [signature]
Address: Kevin O'Neill 00322-748
FCI-Pekin
P.O. Box 5000, Pekin, IL 61555
Telephone No.: N/A
Date: 6/20/2024

**PART II** – Must be completed by Court Reporter pursuant to Rule 11(b) of the Federal Rules of Appellate Procedure. By signing this Part II, the Court Reporter certifies that *satisfactory arrangements for payment have been made.*

| U.S.C.A. Docket No. | Date Order Received | Estimated Completion Date | Estimated Length |
|---|---|---|---|
| | | | |

Signature of Court Reporter: s/ _____   Date: _____

NOTICE: The Judicial Conference of the United States, by its resolution of March 11, 1982, has provided that a penalty of 10 percent must apply, unless a waiver is granted by the Court of Appeals' Clerk, when a "transcript of a case on appeal is not delivered within 30 days of the date ordered and payment received therefor." The penalty is 20 percent for transcript not delivered within 60 days.

Original to Court Reporter. Copies to: • U.S.C.A. Clerk • Service Copy • District Court Clerk and to • Party / Counsel Ordering Transcript.

⇨00322-748⇦

Kevin O Neill
00322-748
Federal Correctional Institution
P.O. Box 5000
Pekin, IL 61555-5000
United States

Legal Mail

**RECEIVED**
JUN 21 2024
FCI PEKIN MAIL ROOM

⇦00322-748⇨

Clerk Of Court
USDC - EDWI
517 E Wisconsin AVE
Room 362
Milwaukee, WI 53202
United States

PEORIA IL 615
21 JUN 2024 PM 1 L

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

Mail Room
Federal Correctional Institution
P. O. Box 7000
Pekin, IL 61555-7000